NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: NLRB V. PIER SIXTY, LLC   Docket No.: 15-1841

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: THOMAS V. WALSH

Firm: JACKSON LEWIS PC

Address: 44 SOUTH BROADWAY, 14TH FLOOR WHITE PLAINS NEW YORK 10601

Telephone: (914) 872-6912    Fax: (914) 946-1216

E-mail: WALSHT@JACKSONLEWIS.COM

Appearance for: PIER SIXTY, LLC
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: RICHARD D. LANDAU/JACKSON LEWIS PC )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 4/27/2015 _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: THOMAS V. WALSH